department, entered October 22, 1924, which affirmed an order of Special Term denying a motion to vacate a notice by the plaintiff to take the testimony of defendant before trial.

The following question was certified: " Should the examination of the defendant before trial be limited to the ownership, operation and control of the automobile involved in the accident? "

*F. A. W. Ireland* for appellant.

*John H. Donlan* for respondent.

Appeal dismissed, with costs, on the ground that the answer to the question certified rests in the discretion of the Supreme Court and, therefore, cannot be reviewed by us.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

In the Matter of the Application of WILLIAM B. BENNETT, Respondent, for an Order of Mandamus against WILLIAM D. ROBBINS, as City Manager of the CITY OF NIAGARA FALLS, et al., Appellants.

*Civil service — veterans — Niagara Falls (city of) — removal of exempt fireman from office without hearing improper.*

*Ma'ter of Bennett* v. *Robbins,* 211 App. Div. 833, affirmed.

(Argued January 21, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1924, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the city manager of the city of Niagara Falls to reinstate the petitioner in the position of city engineer of said city on the ground that he was an exempt fireman and had been removed from said position without a hearing in violation of section 22 of the Civil Service Act and of section 20 of the city charter (L. 1916, ch. 530).

*George W. Knox* for appellants.

*Robert J. Moore* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

JOHN F. MURPHY, Respondent, *v.* THE SECOND RUSSIAN INSURANCE COMPANY, Appellant.

*Attachment — foreign insurance company — when funds deposited with Superintendent of Insurance subject to levy under attachment.*

*Murphy* v. *Second Russian Ins. Co.*, 210 App. Div. 847, affirmed.

(Argued January 22, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1924, which affirmed an order of Special Term denying a motion for an order directing the plaintiff to reply to certain defenses set up in the answer, discharging the attachment theretofore granted herein and to vacate the levy made under said attachment or require an increase in the security given by plaintiff upon said attachment.

The following question was certified: " Are the funds of the Second Russian Insurance Company, a foreign corporation, deposited with the State Superintendent of Insurance, and trusteed with the Bank of New York and Trust Company respectively, pursuant to the Insurance Laws of the State of New York, subject to levy under attachment by a claimant resident of the State of New York who is assignee of a foreign corporation where the claim grows out of the breach of a contract made and executed in Norway and/or Russia? "

*Albert Massey* and *Michael S. Gleason* for appellant.

*Blaine F. Sturgis* and *Hartwell Cabell* for respondent.

*William C. Cannon* and *Allen Wardwell* for Stetson, Jennings and Russell, *amicus curiæ.*

*David Rumsey* and *Louis J. Wolff* for Fred S. James & Co., *amicus curiæ.*

Order affirmed, with costs, question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.